People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Milton Festenstein and Barney Tract, Appellants.

Gen. No. 41,134.

opinion filed February 26, 1941. Simon Herr and Mayer Goldberg, for appellants; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''